**Opinion issued April 7, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00241-CV

————————————

## MARTHA SORUM, Appellant

## V.

## KERRICK CASTLE, Appellee

On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Case No. 12-DCV-202865

## MEMORANDUM OPINION

Appellant, Martha Sorum, has filed an unopposed motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.


**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.